

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00339-CV

| | | |
|---|---|---|
| VISA INC., Appellant | § | On Appeal from the 158th District Court |
| v. | § | of Denton County (19-6924-158) |
| | § | December 9, 2021 |
| SALLY BEAUTY HOLDINGS, INC., Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. We reverse the trial court's summary judgment on Sally Beauty's breach of contract claim, and reverse the trial court's summary judgment on Visa's fraud counterclaim. The case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee, Sally Beauty Holdings, Inc., shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth